UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEENA M. BEALS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C13-773-JCC-BAT<br><br>**REPORT AND RECOMMENDATION ON STIPULATED REMAND** |

Plaintiff appeals the denial of her disability application. Dkt. 3.  The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 19.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  On remand, the Administrative Law Judge will hold a de novo hearing and issue a new decision; plaintiff may raise any issue.  On remand the ALJ will also give further consideration to the medical opinions of record and articulate the weight given to each; reassess plaintiff's credibility as set forth in Social Security Ruling 96-7p; reevaluate plaintiff's residual functional capacity; reassess steps four and five, with the assistance of a

REPORT AND RECOMMENDATION ON
STIPULATED REMAND - 1

vocational expert, if necessary. Upon proper presentation, the parties agree the Court should consider plaintiff's application for costs and fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings.  A proposed order accompanies this Report and Recommendation

DATED this 30th day of September, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED REMAND - 2