THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHEENA M. BEALS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C13-0773-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 20). The Court, having considered the parties' stipulated motion for remand, (Dkt. No. 19), the Report and Recommendation, (Dkt. No. 20), and the balance of the record, ORDERS:

(1) The Court adopts the Report and Recommendation in full.

(2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

//

//

ORDER
PAGE - 1

1     DATED this 1st day of October 2013.

                                                             */s/ John C. Coughenour*

                                                             John C. Coughenour
                                                             UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2