THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEENA M. BEALS,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN, Acting Commissioner, Social Security Administration<br><br>  Defendant. | CASE NO. C13-0773-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida. (Dkt. No. 28.) No objections have been filed. Having thoroughly considered the parties' briefing, the relevant record, and the Report and Recommendation, the Court hereby ORDERS:

The Report and Recommendation of the Honorable Brian A. Tsuchida is adopted in full.

Attorney's fees in the total amount of $5,783.05 and expenses in the amount of $66.20 (for postage and service of process fees) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) shall be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, Sara M. Herr-Waldroup, based upon Plaintiff's assignment of these amount to

Plaintiff's attorney.

Whether the check is made payable to Plaintiff, or to Sara M. Herr-Waldroup, the check shall be mailed to Ms. Herr-Waldroup at the following address: 3811-A Broadway, Everett, WA 98201.

DATED this 14th day of February 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2